UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES - GENERAL


| Case No.: | 2:26-cv-01574-AB-AGR | Date: | April 17, 2026 |
|---|---|---|---|

| Title: | *Jason Killinger v. United Parcel Service, Inc.* |
|---|---|


Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Glenn Danas (via Zoom) | Justin Joseph Jackson |
| Maxim Gorbunov (via Zoom) | Jonathan D Meer |

**Proceedings:**      **PLAINTIFF'S MOTION TO REMAND [14]**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

00 : 51

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk EVC