

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

May 12, 2026

Clerk, Los Angeles Superior Court, Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**MAY 18 2026**

Re:  Case Number:  ___2:26-cv-01574-AB-AGR___
Previously Superior Court Case No. ___22STCV34899___
Case Name:  ___Jason Killinger v. United Parcel Service, Inc.___

David W. Slayton, Executive Officer/Clerk of Court

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ___5/11/2026___, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Respectfully,

Clerk, U.S. District Court

By: _/s/ Grace Kami_
Deputy Clerk
grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

___05-18.26___
Date

By: ___F. Monge___
Deputy Clerk

G-17 (06/24)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
CIVIL DIVISION
111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012



FIRST-CLASS

US POSTAGE ᴹᴾ PITNEY BOWES

ZIP 90012 $ 000.74⁰
02 7W
0008044512 MAY 19 2026



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



90012$3309 C032

90012$3309 C032